UNITED STATES of America,
Plaintiff–Appellee,

v.

Ewaen Otis JOS–BAZUAYE,
Defendant–Appellant.

No. 09–50655.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2011.*

Filed Aug. 15, 2011.

Andrew Brown, Los Angeles, CA, Michael J. Raphael, Esquire, Assistant U.S. Attorneys, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Ewaen Otis Jos–Bazuaye, San Bernardino, CA, pro se.

Jerald Lee Brainin, Esquire, Los Angeles, CA, for Defendant–Appellant.

Before: THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

MEMORANDUM **

Ewaen Otis Jos–Bazuaye appeals from his guilty-plea conviction and 84–month sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326; bank fraud, in violation of 18 U.S.C. § 1344; and money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Jos–Bazuaye's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal for the defendant's conviction. We dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

The conviction is **AFFIRMED,** and the appeal of the sentence is **DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.